UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:10-CR-37(01) RM |
| | ) | |
| PETER PEREZ | ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on May 4, 2010 [Doc. No. 18]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Peter Perez's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(3).

SO ORDERED.

ENTERED:  May 26, 2010 

                                          /s/ Robert L. Miller, Jr.  
                                         Judge  
                                         United States District Court